# UNITED STATES DISTRICT COURT

for the

District of Maryland

✓ FILED ___ ENTERED
___ LOGGED ___ RECEIVED

11:09 am, Jun 03 2021

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ Deputy

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )
) Case No. 1:21-mj-1516 TMD
Information associated with accounts stored by Google, LLC at )
1600 Amphitheatre Parkway, Mountain View, California 94043 )
)

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A-2 to the Affidavit attached hereto and incorporated by reference herein,

located in the **Northern** District of **California**, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B-2 to the Affidavit attached hereto and incorporated by reference herein

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
- ☑ evidence of a crime;
- ☐ contraband, fruits of crime, or other items illegally possessed;
- ☐ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1111 | Murder while accompanying the Armed Forces outside the United States |
| 18 U.S.C. § 3261(a)(1) | |

The application is based on these facts:

See attached Affidavit.

☑ Continued on the attached sheet.
☐ Delayed notice of _____ days *(give exact ending date if more than 30 days: _____)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Russell Alberti*
Applicant's signature

Russell Alberti, Special Agent, NCIS
Printed name and title

Sworn to before me over the telephone and signed by me pursuant to Fed. R. Crim. P. 4.1 and 41(d)(3).

Date: 5/20/2021

Judge's signature

City and state: Baltimore, Maryland

Hon. Thomas M. DiGirolamo, U.S. Magistrate Judge
Printed name and title