# UNITED STATES DISTRICT COURT
for the
District of Maryland

✓ FILED ___ ENTERED
___ LOGGED ___ RECEIVED

2:26 pm, Jun 04 2021
AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ Deputy

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )
Information associated with accounts stored by )
Google, LLC at 1600 Amphitheatre Parkway, Mountain )
View, California 94043 )

Case No. 1:21-mj-1516 TMD

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the  Northern  District of  California
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A-2 to the Affidavit attached hereto and incorporated by reference herein.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B-2 to the Affidavit attached hereto and incorporated by reference herein.

**YOU ARE COMMANDED** to execute this warrant on or before  June 3, 2021  *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.  ☑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to  Duty Magistrate Judge  .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ___ days *(not to exceed 30)*  ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:  5/20/2021 4:45 PM   _[signature]_
*Judge's signature*

City and state:  Baltimore, Maryland   Hon. Thomas M. DiGirolamo, United States Magistrate Judge
*Printed name and title*

| **Return** | | |
|---|---|---|
| Case No.: 1:21-mj-1516 TMD | Date and time warrant executed: 5/21/2021 1015 | Copy of warrant and inventory left with: Google, LLC |

Inventory made in the presence of : N/A

Inventory of the property taken and name(s) of any person(s) seized:

On 5/21/2021, search warrant was executed via the Google, LLC, online Law Enforcement Response System. On 6/3/2021, Google, LLC provided 112 separate files, totaling over 40 mb of compressed data. Google, LLC provided a cover letter certifiying and authenticating the return.

**Certification**

    I declare under penalty of perjury that this inventory is correct and was returned electronically along with the warrant to the designated judge pursuant to Fed. R. Crim. P. 4.1 and 41(f)(1)(D).

Date: 6/4/2021

*Russell Alberti*
*Executing officer's signature*

Russell Alberti, Special Agent, NCIS
*Printed name and title*